## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF
### DIVISION

|  |  |  |
|---|---|---|
| In re: | § | |
| | § | |
| Daniel Clifton Palmer | § | Case No. 13-01802 |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter      of the United States Bankruptcy Code was filed on
      .   The undersigned trustee was appointed on            .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                    $

> Funds were disbursed in the following amounts:
>
> Payments made under an interim disbursement
> Administrative expenses
> Bank service fees
> Other payments to creditors
> Non-estate funds paid to 3rd Parties
> Exemptions paid to the debtor
> Other payments to the debtor
>
> Leaving a balance on hand of[1]                    $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was                    and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $             .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $       as interim compensation and now requests a sum of $             , for a total compensation of $            [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $       , and now requests reimbursement for expenses of $       , for total expenses of $            [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____          By:/s/DEBORAH M. GUTFELD _____
                                                    Trustee


**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit A

| | | |
|---|---|---|
| Case No: | 13-01802 | PSH |
| Case Name: | Daniel Clifton Palmer | |
| For Period Ending: | 08/13/2014 | |

| | |
|---|---|
| Judge: | Pamela S. Hollis |

| | |
|---|---|
| Trustee Name: | DEBORAH M. GUTFELD |
| Date Filed (f) or Converted (c): | 01/16/2013 (f) |
| 341(a) Meeting Date: | 03/12/2013 |
| Claims Bar Date: | 09/06/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  1 Br, 1 Ba Condo In Florida Where Mother-In-Law Lives  111 | 73,000.00 | 27,817.00 | | 25,000.00 | FA |
| 2.  Checking Account Ending #2121 | 198.00 | 0.00 | | 0.00 | FA |
| 3.  Checking And Savings Account Ending #6158 Value Lists Debtor | 30.00 | 0.00 | | 0.00 | FA |
| 4.  Br Set, Table, Tv  655 W. Irving Park Rd. Unit 2610 Chicago | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 5.  Paintings, Silver Candelabras  655 W. Irving Park Rd. Unit | 3,500.00 | 0.00 | | 0.00 | FA |
| 6.  Clothing  655 W. Irving Park Rd. Unit 2610 Chicago, Il 6061 | 800.00 | 0.00 | | 0.00 | FA |
| 7.  401K Rollover  655 W. Irving Park Rd. Unit 2610 Chicago, Il | 102,000.00 | 0.00 | | 0.00 | FA |
| 8.  Reliance Com/Tec Pension Plan (Now Owned By Emerson Power) V | 0.00 | 0.00 | | 0.00 | FA |
| 9.  St. Louis, Mo 63136 312-553-2000 | 0.00 | 0.00 | | 0.00 | FA |
| 10.  Term Life Policy  655 W. Irving Park Rd. Unit 2610 Chicago, | 400,000.00 | 0.00 | | 0.00 | FA |
| 11.  Bp Settlement Fund (Potential Settlement) Contacted By: Danz | 0.00 | 0.00 | | 0.00 | FA |
| 12.  2012 Toyota Prius  655 W. Irving Park Rd. Unit 2610 Chicago | 23,500.00 | 23,500.00 | | 0.00 | FA |
| INT.  Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $604,028.00          $52,317.00          $25,000.00          $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Assets are fully administered.  Trustee will prepare and submit a TFR to the Office of the U.S. Trustee for review and approval.

Initial Projected Date of Final Report (TFR): 12/31/2014          Current Projected Date of Final Report (TFR): 12/31/2014

Case 13-01802    Doc 30    Filed 08/26/14    Entered 08/26/14 10:22:47    Desc Main

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Document    Page 4 of 12

Exhibit B

| | |
|---|---|
| Case No: 13-01802 | Trustee Name: DEBORAH M. GUTFELD |
| Case Name: Daniel Clifton Palmer | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX6359 |
| | Checking |
| Taxpayer ID No: XX-XXX0261 | Blanket Bond (per case limit): $100,000.00 |
| For Period Ending: 08/13/2014 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/26/13 | 1 | Chase | Installment payment for condo | 1110-000 | $2,000.00 | | $2,000.00 |
| 07/29/13 | 1 | Daniel Palmer<br>655 W. Irving Park Rd., Apt. 2610<br>Chicago, IL 60613-3186 | | 1110-000 | $2,000.00 | | $4,000.00 |
| 08/07/13 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,990.00 |
| 08/27/13 | 1 | Daniel Palmer<br>855 W. Irving Park Rd. Apt. 2610<br>Chicago, IL 60613-3186 | | 1110-000 | $2,000.00 | | $5,990.00 |
| 09/09/13 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,980.00 |
| 10/07/13 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,970.00 |
| 10/10/13 | 1 | Chase<br>Chase Online Bill Payment<br>P.O. Box 15944<br>Wilmington, DE 19850 | | 1110-000 | $2,000.00 | | $7,970.00 |
| 11/04/13 | 1 | Daniel Palmer<br>655 W Irving Park Rd Apt 2610<br>Chicago IL 60613-3186 | | 1110-000 | $2,000.00 | | $9,970.00 |
| 11/07/13 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.89 | $9,959.11 |
| 12/05/13 | 1 | Daniel Palmer<br>655 W. Irving Park Rd. Apt. 2610<br>Chicago, IL 60613-3186 | | 1110-000 | $2,000.00 | | $11,959.11 |
| 12/06/13 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.85 | $11,945.26 |
| 01/08/14 | 1 | Daniel Palmer<br>655 Irving Park Rd. Apt. 2610<br>Chicago, IL 60613-3186 | | 1110-000 | $2,000.00 | | $13,945.26 |

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*                    Page Subtotals:                    $14,000.00         $54.74

# FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 13-01802 | Trustee Name: DEBORAH M. GUTFELD |
| Case Name: Daniel Clifton Palmer | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX6359 |
| | Checking |
| Taxpayer ID No: XX-XXX0261 | Blanket Bond (per case limit): $100,000.00 |
| For Period Ending: 08/13/2014 | Separate Bond (if applicable): |

Exhibit B

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/08/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.28 | $13,927.98 |
| 01/31/14 | 1 | Daniel Palmer 655 W. Irving Park Rd., Apt. 2610 Chicago, IL 60613-3186 | | 1110-000 | $2,000.00 | | $15,927.98 |
| 02/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.94 | $15,908.04 |
| 03/05/14 | 1 | Daniel Palmer 655 W. Irving Park Rd., Apt. 2610 Chicago, IL 60613-3186 | | 1110-000 | $2,000.00 | | $17,908.04 |
| 03/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $21.17 | $17,886.87 |
| 04/03/14 | 1 | Daniel Palmer 655 W. Irving Park Rd., Apt. 2610 Chicago, IL 60613-3186 | | 1110-000 | $2,000.00 | | $19,886.87 |
| 04/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $26.11 | $19,860.76 |
| 05/05/14 | 1 | Daniel Palmer 655 W. Irving Park Rd., Apt. 2610 Chicago, IL 60613-3186 | | 1110-000 | $2,000.00 | | $21,860.76 |
| 05/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $28.29 | $21,832.47 |
| 06/06/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $31.98 | $21,800.49 |
| 06/10/14 | 1 | Chase Cashier's Check Remitter: Daniel Palmer | | 1110-000 | $3,000.00 | | $24,800.49 |
| 07/08/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $34.24 | $24,766.25 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*     Page Subtotals:     $11,000.00     $179.01

Case 13-01802    Doc 30    Filed 08/26/14    Entered 08/26/14 10:22:47    Desc Main
Document        Page 6 of 12

Exhibit B

| | | |
|---|---|---|
| COLUMN TOTALS | $25,000.00 | $233.75 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $25,000.00 | $233.75 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $25,000.00 | $233.75 |

Page Subtotals:                               $0.00            $0.00

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX6359 - Checking | $25,000.00 | $233.75 | $24,766.25 |
| | $25,000.00 | $233.75 | $24,766.25 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $25,000.00 |
| Total Gross Receipts: | $25,000.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 13-01802
Debtor Name: Daniel Clifton Palmer
Claims Bar Date: 9/6/2013

Date: August 13, 2014

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | DEBORAH M. GUTFELD 131 S. DEARBORN STREET, SUITE 1700 CHICAGO, IL 60603-5559 | Administrative Payment Status: Valid To Pay | | $0.00 | $3,250.00 | $3,250.00 |
| 100 3110 | Perkins Coie LLP 131 S. Dearborn St., Suite 1700 Chicago, IL 60603-5559 | Administrative Payment Status: Valid To Pay | | $0.00 | $711.00 | $711.00 |
| 1 280 5800 | Department Of The Treasury Internal Revenue Service Pob 7346 Philadelphia, Pa 19101 | Priority Payment Status: Superseded | Date Filed: 07/25/2013 | $0.00 | $84,472.11 | $84,472.11 |
| 1 280 5800 | Department Of The Treasury Internal Revenue Service Pob 7346 Philadelphia, Pa 19101 | Priority Payment Status: Superseded | Date Filed: 07/31/2013 | $0.00 | $11,625.63 | $11,625.63 |
| 1 280 5800 | Internal Revenue Service Insolvency Remittance Po Box 21125 Philadelphia, Pa 19114-0326 | Priority Payment Status: Valid To Pay | Date Filed: 06/19/2013 | $0.00 | $12,217.98 | $11,625.63 |
| 3 280 5800 | Illinois Department Of Revenue Bankruptcy Section P.O. Box 64338 Chicago, Illinois 60664-0338 | Priority Payment Status: Valid To Pay | Date Filed: 06/28/2013 | $0.00 | $74.00 | $74.00 |
| 1 300 7100 | Internal Revenue Service Insolvency Remittance Po Box 21125 Philadelphia, Pa 19114-0326 | Unsecured Payment Status: Valid To Pay | Date Filed: 06/19/2013 | $0.00 | $12,217.98 | $592.35 |
| 2 300 7100 | First National Bank Of Omaha 1620 Dodge Street Stop Code 3105 Omaha Ne 68197 | Unsecured Payment Status: Valid To Pay | Date Filed: 06/25/2013 | $0.00 | $4,323.90 | $4,323.90 |
| 4 300 7100 | Ecast Settlement Corporation, Assignee Of Chase Bank Usa, N.A. Pob 29262 New York, Ny 10087-9262 | Unsecured Payment Status: Valid To Pay | Date Filed: 08/16/2013 | $0.00 | $34,750.72 | $34,750.72 |

Printed: August 13, 2014

**UST Form 101-7-TFR (5/1/2011)** *(Page: 8)*

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 13-01802                                                                                          Date: August 13, 2014

Debtor Name: Daniel Clifton Palmer

Claims Bar Date: 9/6/2013

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|--------|---------------------------|-------------|-------|-----------|---------|---------|
| 5 | Na Bmo Harris Bank | Unsecured | Date Filed: 09/06/2013 | $0.00 | $625.59 | $625.59 |
| 300 | Bmo Harris Bank, Na | Payment Status: | | | | |
| 7100 | C O Becket And Lee Llp | Valid To Pay | | | | |
| | Pob 3001 | | | | | |
| | Malvern, Pa 19355-0701 | | | | | |
| | Case Totals | | | $0.00 | $164,268.91 | $152,050.93 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Page 2                                                                                          Printed: August 13, 2014

**UST Form 101-7-TFR (5/1/2011)** *(Page: 9)*

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-01802
Case Name: Daniel Clifton Palmer
Trustee Name: DEBORAH M. GUTFELD

Balance on hand                                                    $

Claims of secured creditors will be paid as follows:

### NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DEBORAH M. GUTFELD | $ | $ | $ |
| Attorney for Trustee Fees: Perkins Coie LLP | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses        $_____

Remaining Balance                                           $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

### NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $            must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Internal Revenue Service | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | Illinois Department Of Revenue Bankruptcy Section | $ | $ | $ |

Total to be paid to priority creditors          $_____

Remaining Balance                              $_____


      The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

      Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be          percent, plus interest (if applicable).

      Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Internal Revenue Service | $ | $ | $ |
| 2 | First National Bank Of Omaha | $ | $ | $ |
| 4 | Ecast Settlement Corporation, Assignee | $ | $ | $ |
| 5 | Na Bmo Harris Bank | $ | $ | $ |

Total to be paid to timely general unsecured creditors          $_____

Remaining Balance                              $_____


      Tardily filed claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be          percent.

      Tardily filed general (unsecured) claims are as follows:

NONE

     Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be     percent.

     Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE