# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: §
§
Daniel Clifton Palmer § Case No. 13-01802
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DEBORAH M. GUTFELD, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report must file a written objection within 21 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challeneged and the United States Trustee. A hearing on the fee application and any objection to the Final Report will be held at 10:30 a.m. on September 18, 2014 in courtroom 644 at 219 South Dearborn Street, Chicago, Illinois 60604.

If no objections are filed, upon entry of an order on the fee application, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____     By: <u>Deborah M. Gutfeld</u>
                                        Chapter 7 Trustee


*DEBORAH M. GUTFELD*
*DEBORAH M. GUTFELD, AS CHAPTER 7 TRUSTEE*
*131 S. DEARBORN STREET*
*SUITE 1700*
*CHICAGO, IL 60603*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
Daniel Clifton Palmer § Case No. 13-01802
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| The Final Report shows receipts of | $ 25,000.00 |
| and approved disbursements of | $ 233.75 |
| leaving a balance on hand of[1] | $ 24,766.25 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: DEBORAH M. GUTFELD | $ 3,250.00 | $ 0.00 | $ 3,250.00 |
| Attorney for Trustee Fees: Perkins Coie LLP | $ 711.00 | $ 0.00 | $ 711.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 3,961.00 |
| Remaining Balance | $ 20,805.25 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 11,699.63  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Internal Revenue Service | $ 11,625.63 | $ 0.00 | $ 11,625.63 |
| 3 | Illinois Department Of Revenue Bankruptcy Section | $ 74.00 | $ 0.00 | $ 74.00 |
| | Total to be paid to priority creditors | | | $ 11,699.63 |
| | Remaining Balance | | | $ 9,105.62 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 40,292.56  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  22.6  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Internal Revenue Service | $ 592.35 | $ 0.00 | $ 133.86 |
| 2 | First National Bank Of Omaha | $ 4,323.90 | $ 0.00 | $ 977.15 |
| 4 | Ecast Settlement Corporation, Assignee | $ 34,750.72 | $ 0.00 | $ 7,853.23 |
| 5 | Na Bmo Harris Bank | $ 625.59 | $ 0.00 | $ 141.38 |
| | Total to be paid to timely general unsecured creditors | | | $ 9,105.62 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: Deborah M. Gutfeld
Chapter 7 Trustee

DEBORAH M. GUTFELD
DEBORAH M. GUTFELD, AS CHAPTER 7 TRUSTEE
131 S. DEARBORN STREET
SUITE 1700
CHICAGO, IL 60603

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 13-01802-PSH
Daniel Clifton Palmer                                                   Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: esullivan          Page 1 of 2          Date Rcvd: Aug 28, 2014
                              Form ID: pdf006          Total Noticed: 49

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 30, 2014.
```
db        +Daniel Clifton Palmer,   655 W. Irving Park Rd., #2610,   Chicago, IL 60613-3186
19926990  +Amex,   Po Box 297871,   Fort Lauderdale, FL 33329-7871
19926991 ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
            (address filed with court: Bank Of America,   Po Box 982235,   El Paso, TX  79998)
20193118   BMO Harris Bank NA,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
19926992  +Bank Of America,   POB 15796,   Wilmington, DE 19850-5796
19926994   Bay Area Credit Service, LLC,   1901 W. 10th St,   Antioch, CA  94509-1380
19926995 ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
            (address filed with court: Cap One,   Po Box 85520,   Richmond, VA  23285)
19926998  +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
19926997 #+Chase,   10790 Rancho Bernardo Rd,   San Diego, CA 92127-5705
19927000   Chase Card Services,   PO BOX 94014,   Palatine, IL  60094-4014
19927001  +Chase/cc,   Po Box 15298,   Wilmington, DE 19850-5298
19927002  +Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
19927003  +Comenity Bank/express,   4590 E Broad St,   Columbus, OH 43213-1301
19927004  +Comenity Bank/pttrybrn,   Po Box 182789,   Columbus, OH 43218-2789
19926989  +Cortez Law Office LLC,   3843 N Broadway Ave,   Chicago, IL 60613-3217
19927005   Diner's Club International,   PO Box 5700,   Carol Stream, IL  60197-5700
19927006  +Dsnb Macys,   9111 Duke Blvd,   Mason, OH 45040-8999
19927007  +Fidelity Bank,   3 Corporate Sq Ne Ste 11,   Atlanta, GA 30329-2030
19927008   First Bankcard,   PO Box 2557,   Omaha, NE  68103-2557
20649154  +First National Bank of Omaha,   1620 Dodge Street Stop Code 3105,   Omaha Ne 68197-0002
19927009  +Flowers Etc!!,   Attn: Jim O'Reilly,   697 US Highway 98,   Daphne, AL 36526-4145
19927010  +Fnb Omaha,   Po Box 3412,   Omaha, NE 68103-0412
19927013  +Gecrb/payne,   950 Forrer Blvd,   Kettering, OH 45420-1469
19927015  +Hsbc/bsbuy,   Po Box 5253,   Carol Stream, IL 60197-5253
20652880 ++ILLINOIS DEPARTMENT OF REVENUE,   BANKRUPTCY DEPARTMENT,   P O BOX 64338,   CHICAGO IL 60664-0338
            (address filed with court: Illinois Department of Revenue,   Springfield,IL 62726)
20664648   Illinois Department of Revenue Bankruptcy Section,   P.O. Box 64338,
            Chicago, Illinois 60664-0338
19927017  +New York Community Ban,   1801 E 9th St,   Cleveland, OH 44114-3103
19926988  +PalmerDanielClifton,   655 W Irving Park Rd #2610,   Chicago, IL 60613-3186
19927019  +Peoples Engy,   130 E Randolph,   Chicago, IL 60601-6207
19927020  +Sears/cbna,   Po Box 6282,   Sioux Falls, SD 57117-6282
19927021  +Shell/citi,   P O Box 6497,   Sioux Falls, SD 57117-6497
19927022  +Southtru Il,   Po Box 3117,   Winston Salem, NC 27102-3117
19927023  +Thd/cbna,   Po Box 6497,   Sioux Falls, SD 57117-6497
19927025  +Toyota Motor Credit,   1111 W 22nd St Ste 420,   Oak Brook, IL 60523-1959
19927024  +Toyota Motor Credit,   8550 United Plaza Blvd S,   Baton Rouge, LA 70809-2232
19927026  +Toyota Motor Credit Co,   1801 S Meyers Rd,   Oakbrook Terra, IL 60181-5242
19927027  +Wach Disp Rs,   Po Box 900001,   Raleigh, NC 27675-9001
19927028   Wells Business Banking,   MAC D4004-03A, POB 202902,   Dallas, TX  75320-2902
19927029  +Wells Fargo,   POB 348750,   Sacremento, CA 95834-8750
19927030  +Wells Fargo Bank,   Po Box 14517,   Des Moines, IA 50306-3517
19927031  +Wf/wb,   Po Box 3117,   Winston Salem, NC 27102-3117
19927032  +Wfm/wbm,   3480 Stateview Blvd-bldg 2s,   Fort Mill, SC 29715-7203
20877884   eCAST Settlement Corporation, assignee,   of Chase Bank USA, N.A.,   POB 29262,
            New York, NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
19926999    E-mail/Text: bk.notifications@jpmchase.com Aug 29 2014 00:16:45     Chase Auto,
            2000 Marcus Avenue,   New Hyde Park, NY  11042
19927011   +E-mail/PDF: gecsedi@recoverycorp.com Aug 29 2014 00:23:34     Gecrb/banana Rep,   Po Box 965005,
            Orlando, FL 32896-5005
19927012    E-mail/PDF: gecsedi@recoverycorp.com Aug 29 2014 00:23:35     Gecrb/jcp,   Po Box 984100,
            El Paso, TX  79998
19927014   +E-mail/Text: abranam@havertys.com Aug 29 2014 00:16:08     Havertys Furniture Co,   Po Box 5787,
            Chattanooga, TN 37406-0787
19926996    E-mail/Text: cio.bncmail@irs.gov Aug 29 2014 00:16:29     Centralized Insolvency Operations,
            PO Box 21126,   Philadelphia, PA 19114-0000
19927018   +E-mail/Text: bnc@nordstrom.com Aug 29 2014 00:16:26     Nordstrom Fsb,   Po Box 6555,
            Englewood, CO 80155-6555
                                                                                              TOTAL: 6
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19926993*  ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
            (address filed with court: Bank Of America, N.a.,   4161 Piedmont Pkwy,   Greensboro, NC  27410)
20959143*   BMO Harris Bank, NA,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
19927016*  +Department of the Treasury,   Internal Revenue Service,   Pob 7346,   Philadelphia, PA 19101-7346
20652882* ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
            PHILADELPHIA PA 19101-7346
            (address filed with court: Centralized Insolvency Operations,   Pob 21126,
            Philadelphia, PA 19114)
```

```
District/off: 0752-1          User: esullivan            Page 2 of 2                  Date Rcvd: Aug 28, 2014
                              Form ID: pdf006            Total Noticed: 49

            ***** BYPASSED RECIPIENTS (continued) *****
20652881*  ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
             PHILADELPHIA PA 19101-7346
              (address filed with court:   Internal Revenue Service,    Insolvency Remittance,   Pob 21125,
             Philadelphia,PA 19114)
                                                                                   TOTALS: 0, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2014                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 27, 2014 at the address(es) listed below:
              Deborah Michelle Gutfeld    gutfeldch7@perkinscoie.com, dgutfeld@ecf.epiqsystems.com
              Jordan  Galassie    on behalf of Trustee Deborah Michelle Gutfeld jgalassie@perkinscoie.com,
               nsaldinger@perkinscoie.com;docketchi@perkinscoie.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Ricardo E Cortez    on behalf of Debtor Daniel Clifton Palmer rich@cortezlawoffices.com
                                                                                             TOTAL: 4
```