UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| In re: | § | |
| | § | |
| Daniel Clifton Palmer | § | Case No. 13-01802 |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

DEBORAH M. GUTFELD, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                                        Assets Exempt:
*(Without deducting any secured claims)*


Total Distributions to Claimants:                 Claims Discharged
                                                                   Without Payment:


Total Expenses of Administration:

3) Total gross receipts of $                (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $                from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:<br>  CHAPTER 7 ADMIN. FEES<br>  AND CHARGES<br>  (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER<br>  ADMIN. FEES AND<br>  CHARGES (from **Exhibit 5**) | | | | |
|   PRIORITY UNSECURED<br>  CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED<br>CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on                      .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/DEBORAH M. GUTFELD _____
                                                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Chase 10790 Rancho Bernardo Rd San Diego, CA 92127 |  |  |  |  |  |
|  | Toyota Motor Credit 1111 W 22nd St Ste 420 Oak Brook, IL  60523 |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DEBORAH M. GUTFELD | | | | | |
| Associated Bank | | | | | |
| Perkins Coie LLP | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Centralized Insolvency Operations PO Box 21126 Philadelphia, PA  19114-0000 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service Insolvency Remittance PO Box 21125 Philadelphia, PA 19114-0326 | | | | | |
| 1 | Department Of The Treasury | | | | | |
| 3 | Illinois Department Of Revenue Bankruptcy Section | | | | | |
| 1 | Internal Revenue Service | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Amex Po Box 297871 Fort Lauderdale, FL  33329 | | | | | |
| | Bank Of America Po Box 982235 El Paso, TX  79998 | | | | | |
| | Bank Of America POB 15796 Wilmington, DE  19666-5796 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America, N.a. 4161 Piedmont Pkwy Greensboro, NC  27410 | | | | | |
| | Bank Of America, N.a. 4161 Piedmont Pkwy Greensboro, NC  27410 | | | | | |
| | Bay Area Credit Service, LLC 1901 W. 10th St Antioch, CA 94509-1380 | | | | | |
| | Cap One Po Box 85520 Richmond, VA  23285 | | | | | |
| | Chase Auto 2000 Marcus Avenue New Hyde Park, NY 11042 | | | | | |
| | Chase Card Services PO BOX 94014 Palatine, IL  60094-4014 | | | | | |
| | Chase Po Box 15298 Wilmington, DE  19850 | | | | | |
| | Chase/cc Po Box 15298 Wilmington, DE  19850 | | | | | |
| | Citi Po Box 6241 Sioux Falls, SD  57117 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Comenity Bank/express 4590 E Broad St Columbus, OH 43213 | | | | | |
| | Comenity Bank/pttrybrn Po Box 182789 Columbus, OH 43218 | | | | | |
| | Diner's Club International PO Box 5700 Carol Stream, IL 60197-5700 | | | | | |
| | Dsnb Macys 9111 Duke Blvd Mason, OH  45040 | | | | | |
| | Fidelity Bank 3 Corporate Sq Ne Ste 11 Atlanta, GA  30329 | | | | | |
| | First Bankcard PO Box 2557 Omaha, NE  68103-2557 | | | | | |
| | Flowers Etc!! Attn: Jim O'Reilly 697 US Highway 98 Daphne, AL  36526-0000 | | | | | |
| | Gecrb/banana Rep Po Box 965005 Orlando, FL  32896 | | | | | |
| | Gecrb/jcp Po Box 984100 El Paso, TX  79998 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Gecrb/payne 950 Forrer Blvd Kettering, OH  45420 | | | | | |
| | Havertys Furniture Co Po Box 5787 Chattanooga, TN  37406 | | | | | |
| | Hsbc/bsbuy Po Box 5253 Carol Stream, IL  60197 | | | | | |
| | New York Community Ban 1801 E 9th St Cleveland, OH 44114 | | | | | |
| | Nordstrom Fsb Po Box 6555 Englewood, CO  80155 | | | | | |
| | Peoples Engy 130 E Randolph Chicago, IL  60601 | | | | | |
| | Sears/cbna Po Box 6282 Sioux Falls, SD  57117 | | | | | |
| | Shell/citi P O Box 6497 Sioux Falls, SD  57117 | | | | | |
| | Southtru Il Po Box 3117 Winston Salem, NC  27102 | | | | | |
| | Southtru Il Po Box 3117 Winston Salem, NC  27102 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Southtru Il Po Box 3117 Winston Salem, NC  27102 | | | | | |
| | Thd/cbna Po Box 6497 Sioux Falls, SD  57117 | | | | | |
| | Toyota Motor Credit 8550 United Plaza Blvd S Baton Rouge, LA  70809 | | | | | |
| | Toyota Motor Credit Co 1801 S Meyers Rd Oakbrook Terra, IL  60181 | | | | | |
| | Wach Disp Rs Po Box 900001 Raleigh, NC  27675 | | | | | |
| | Wells Business Banking MAC D4004-03A, POB 202902 Dallas, TX  75320-2902 | | | | | |
| | Wells Fargo Bank Po Box 14517 Des Moines, IA  50306 | | | | | |
| | Wells Fargo POB 348750 Sacremento, CA  95834 | | | | | |
| | Wf/wb Po Box 3117 Winston Salem, NC  27102 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wfm/wbm 3480 Stateview Blvd-bldg 2s Fort Mill, SC 29715 | | | | | |
| 4 | Ecast Settlement Corporation, Assignee | | | | | |
| 2 | First National Bank Of Omaha | | | | | |
| 1 | Internal Revenue Service | | | | | |
| 5 | Na Bmo Harris Bank | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

Page: 1

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 13-01802 | PSH | Judge: | Pamela S. Hollis |
|---|---|---|---|---|
| Case Name: | Daniel Clifton Palmer | | | |

| Trustee Name: | DEBORAH M. GUTFELD |
|---|---|
| Date Filed (f) or Converted (c): | 01/16/2013 (f) |
| 341(a) Meeting Date: | 03/12/2013 |
| Claims Bar Date: | 09/06/2013 |

For Period Ending:   02/05/2015

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1 Br, 1 Ba Condo In Florida Where Mother-In-Law Lives  111 | 73,000.00 | 27,817.00 | | 25,000.00 | FA |
| 2. Checking Account Ending #2121 | 198.00 | 0.00 | | 0.00 | FA |
| 3. Checking And Savings Account Ending #6158 Value Lists Debtor | 30.00 | 0.00 | | 0.00 | FA |
| 4. Br Set, Table, Tv   655 W. Irving Park Rd. Unit 2610 Chicago | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 5. Paintings, Silver Candelabras  655 W. Irving Park Rd. Unit | 3,500.00 | 0.00 | | 0.00 | FA |
| 6. Clothing  655 W. Irving Park Rd. Unit 2610 Chicago, Il 6061 | 800.00 | 0.00 | | 0.00 | FA |
| 7. 401K Rollover  655 W. Irving Park Rd. Unit 2610 Chicago, Il | 102,000.00 | 0.00 | | 0.00 | FA |
| 8. Reliance Com/Tec Pension Plan (Now Owned By Emerson Power) V | 0.00 | 0.00 | | 0.00 | FA |
| 9. St. Louis, Mo 63136 312-553-2000 | 0.00 | 0.00 | | 0.00 | FA |
| 10. Term Life Policy  655 W. Irving Park Rd. Unit 2610 Chicago, | 400,000.00 | 0.00 | | 0.00 | FA |
| 11. Bp Settlement Fund (Potential Settlement) Contacted By: Danz | 0.00 | 0.00 | | 0.00 | FA |
| 12. 2012 Toyota Prius  655 W. Irving Park Rd. Unit 2610 Chicago | 23,500.00 | 23,500.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $604,028.00 | $52,317.00 | | $25,000.00 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Assets are fully administered.  Trustee will prepare and submit a TFR to the Office of the U.S. Trustee for review and approval.

Initial Projected Date of Final Report (TFR): 12/31/2014      Current Projected Date of Final Report (TFR): 12/31/2014

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 13-01802 | Trustee Name: DEBORAH M. GUTFELD |
| Case Name: Daniel Clifton Palmer | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX6359 |
| | Checking |
| Taxpayer ID No: XX-XXX0261 | Blanket Bond (per case limit): $100,000.00 |
| For Period Ending: 02/05/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/26/13 | 1 | Chase | Installment payment for condo | 1110-000 | $2,000.00 | | $2,000.00 |
| 07/29/13 | 1 | Daniel Palmer 655 W. Irving Park Rd., Apt. 2610 Chicago, IL 60613-3186 | | 1110-000 | $2,000.00 | | $4,000.00 |
| 08/07/13 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,990.00 |
| 08/27/13 | 1 | Daniel Palmer 855 W. Irving Park Rd. Apt. 2610 Chicago, IL 60613-3186 | | 1110-000 | $2,000.00 | | $5,990.00 |
| 09/09/13 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,980.00 |
| 10/07/13 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,970.00 |
| 10/10/13 | 1 | Chase Chase Online Bill Payment P.O. Box 15944 Wilmington, DE 19850 | | 1110-000 | $2,000.00 | | $7,970.00 |
| 11/04/13 | 1 | Daniel Palmer 655 W Irving Park Rd Apt 2610 Chicago IL 60613-3186 | | 1110-000 | $2,000.00 | | $9,970.00 |
| 11/07/13 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.89 | $9,959.11 |
| 12/05/13 | 1 | Daniel Palmer 655 W. Irving Park Rd. Apt. 2610 Chicago, IL 60613-3186 | | 1110-000 | $2,000.00 | | $11,959.11 |
| 12/06/13 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.85 | $11,945.26 |
| 01/08/14 | 1 | Daniel Palmer 655 Irving Park Rd. Apt. 2610 Chicago, IL 60613-3186 | | 1110-000 | $2,000.00 | | $13,945.26 |

Page Subtotals: $14,000.00  $54.74

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 13-01802 | Trustee Name: DEBORAH M. GUTFELD |
| Case Name: Daniel Clifton Palmer | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX6359 |
| | Checking |
| Taxpayer ID No: XX-XXX0261 | Blanket Bond (per case limit): $100,000.00 |
| For Period Ending: 02/05/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/08/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.28 | $13,927.98 |
| 01/31/14 | 1 | Daniel Palmer 655 W. Irving Park Rd., Apt. 2610 Chicago, IL 60613-3186 | | 1110-000 | $2,000.00 | | $15,927.98 |
| 02/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.94 | $15,908.04 |
| 03/05/14 | 1 | Daniel Palmer 655 W. Irving Park Rd., Apt. 2610 Chicago, IL 60613-3186 | | 1110-000 | $2,000.00 | | $17,908.04 |
| 03/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $21.17 | $17,886.87 |
| 04/03/14 | 1 | Daniel Palmer 655 W. Irving Park Rd., Apt. 2610 Chicago, IL 60613-3186 | | 1110-000 | $2,000.00 | | $19,886.87 |
| 04/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $26.11 | $19,860.76 |
| 05/05/14 | 1 | Daniel Palmer 655 W. Irving Park Rd., Apt. 2610 Chicago, IL 60613-3186 | | 1110-000 | $2,000.00 | | $21,860.76 |
| 05/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $28.29 | $21,832.47 |
| 06/06/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $31.98 | $21,800.49 |
| 06/10/14 | 1 | Chase Cashier's Check Remitter: Daniel Palmer | | 1110-000 | $3,000.00 | | $24,800.49 |
| 07/08/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $34.24 | $24,766.25 |

Page Subtotals: $11,000.00    $179.01

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

**FORM 2**

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 13-01802
Case Name: Daniel Clifton Palmer

Trustee Name: DEBORAH M. GUTFELD
Bank Name: Associated Bank
Account Number/CD#: XXXXXX6359
Checking

Taxpayer ID No: XX-XXX0261
For Period Ending: 02/05/2015

Blanket Bond (per case limit): $100,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/19/14 | 101 | DEBORAH M. GUTFELD 131 S. DEARBORN STREET, SUITE 1700 CHICAGO, IL 60603-5559 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $3,250.00 | $21,516.25 |
| 09/19/14 | 102 | Perkins Coie LLP 131 S. Dearborn St., Suite 1700 Chicago, IL 60603-5559 | Final distribution representing a payment of 100.00 % per court order. | 3110-000 | | $711.00 | $20,805.25 |
| 09/19/14 | 103 | Internal Revenue Service Insolvency Remittance Po Box 21125 Philadelphia, Pa 19114-0326 | Distribution | | | $11,759.49 | $9,045.76 |
| | | Internal Revenue Service | Final distribution to claim 1       ($11,625.63) representing a payment of 100.00 % per court order. | 5800-000 | | | |
| | | Internal Revenue Service | Final distribution to claim 1       ($133.86) representing a payment of 22.60 % per court order. | 7100-000 | | | |
| 09/19/14 | 104 | Illinois Department Of Revenue Bankruptcy Section P.O. Box 64338 Chicago, Illinois 60664-0338 | Final distribution to claim 3 representing a payment of 100.00 % per court order. | 5800-000 | | $74.00 | $8,971.76 |
| 09/19/14 | 105 | First National Bank Of Omaha 1620 Dodge Street Stop Code 3105 Omaha Ne 68197 | Final distribution to claim 2 representing a payment of 22.60 % per court order. | 7100-000 | | $977.15 | $7,994.61 |
| 09/19/14 | 106 | Ecast Settlement Corporation, Assignee Of Chase Bank Usa, N.A. Pob 29262 New York, Ny 10087-9262 | Final distribution to claim 4 representing a payment of 22.60 % per court order. | 7100-000 | | $7,853.23 | $141.38 |
| 09/19/14 | 107 | Na Bmo Harris Bank Bmo Harris Bank, Na C O Becket And Lee Llp Pob 3001 Malvern, Pa 19355-0701 | Final distribution to claim 5 representing a payment of 22.60 % per court order. | 7100-000 | | $141.38 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $25,000.00 | $25,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $25,000.00 | $25,000.00 |
| Page Subtotals: | $0.00 | $24,766.25 |

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

| | | |
|---|---|---|
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $25,000.00 | $25,000.00 |

Exhibit 9

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $0.00 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX6359 - Checking | $25,000.00 | $25,000.00 | $0.00 |
| | $25,000.00 | $25,000.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $25,000.00 |
| Total Gross Receipts: | $25,000.00 |

Page Subtotals: $0.00 $0.00